No. 87–1276.   H–CHH Associates et al., dba Plaza Pasa-dena v. Citizens for Representative Government, dba Pasadena Citizens for Representative Government, et al.   Ct. App. Cal., 2d App. Dist.   Motions of Pacific Legal Foundation and International Council of Shopping Centers, Inc., et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 87–1304.   Rosee v. Commodity Futures Trading Commission et al.   C. A. 7th Cir.   Certiorari denied.   Justice White took no part in the consideration or decision of this petition.

No. 87–1308.   Barry, Mayor of the District of Columbia, et al. v. Grano et al.   C. A. D. C. Cir.   Certiorari denied.

Justice White, with whom The Chief Justice joins, dissenting.

This case presents the difficult issue whether attorney's fees may be awarded under 42 U. S. C. § 1988 when the defendant has involuntarily acquiesced in the plaintiff's demands—due to a preliminary injunction, for example—but the case is later mooted prior to completion of the appeal process.   For the reasons given in my dissent from denial of certiorari in *Kay* v. *David Douglas School District*, 484 U. S. 1032 (1988), I would grant certiorari in this case.

No. 87–6284.   Castro v. Oklahoma.   Ct. Crim. App. Okla.;
No. 87–6295.   Townes v. Virginia.   Sup. Ct. Va.; and
No. 87–6368.   Smith v. Florida.   Sup. Ct. Fla.   Certiorari denied.

Justice Brennan and Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6058.   Spencer v. United States Court of Appeals for the Seventh Circuit, 484 U. S. 1071.   Petition for rehearing denied.